ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL - 3 2007

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA        )
                                )
VS.                             )        CASE NO.:   3:07-CR-155-R (1)
                                )
MARIA IZAGUIRRE-MEZA            )

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

Maria Izaguirre-Meza, by consent, under authority of United States v. Dees, 125 F.3d 261

(5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has entered a plea of

guilty to Count(s) 1 of the Indictment. After cautioning and examining the defendant under oath

concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was

knowledgeable and voluntary and that the offense(s) charged is supported by an independent basis

in fact containing each of the essential elements of such offense. I therefore recommend that the

plea of guilty be accepted, and that Defendant be adjudged guilty and have sentence imposed

accordingly.

Date:  July 3, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).